### UNITED STATES *v.* BALES OF COTTON MARKED J. H. B.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR
THE EASTERN DISTRICT OF LOUISIANA.

No. 146.  Argued March 26, 1868. — Decided March 30, 1868.

Reversed on the authority of *Union Ins. Co.* v. *United States*, 6 Wall. 759.

THE case is stated in the opinion.

MR. CHIEF JUSTICE CHASE delivered the opinion of the court.

The libel in the Circuit Court was filed under the act of August 6, 1861, and stated a case of seizure on land.

In conformity, therefore, with the principles settled in the case of *The Union Insurance Company* v. *The United States,* the decree of the Circuit Court must be reversed as irregular, and the cause remanded for a new trial, conformed, in respect to trial by jury and exceptions to evidence, to the course of the common law.

*Reversed.*

*Mr. Attorney General* and *Mr. J. Hubley Ashton* for the appellants.

No appearance for appellee.